# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>APPLE I.D. 'seebanchero@hotmail.com' STORED BY<br>APPLE INC. at 1 INFINITE LOOP, CUPERTINO, CA | )<br>)<br>)  Case No. 3:14 mj 383 DMS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*
Please see attachment A, which is incorporated by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Please see attachment B, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   Dec 26 2014
                                                               *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Deborah M. Smith_____.
         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
                                            ☐until, the facts justifying, the later specific date of _____.

Date and time issued: 2:10 pm 12/12/14         /S/ DEBORAH M. SMITH
                                               U.S. MAGISTRATE JUDGE
                                               SIGNATURE REDACTED

City and state:  ANCHORAGE, AK                 Deborah M. Smith; Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:14 mj 383 DMS | Date and time warrant executed: 12-12-2014 / 4:29 p.m. | Copy of warrant and inventory left with: APPLE INC. LEGAL DEPT. |
| Inventory made in the presence of: Items seized received via email in form of encrypted file. File decrypted into usable format by Phillip Dimmer | | |

Inventory of the property taken and name of any person(s) seized:

1 (ONE) Encrypted zip file sent to SA Rikk Rambo via email from Apple, Incorporated containing requested contents and received by SA Rikk Rambo, via Email from Apple, Inc on 1-9-15.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-14-15

SIGNATURE REDACTED

_Executing officer's signature_

Rikk Rambo, Special Agent
_Printed name and title_

Subscribed, sworn to, and returned before me this date.

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

1-14-15
Date

# ATTACHMENT A

### Description of Location to Be Searched

This warrant applies to information associated with the Apple Inc., email and iCloud storage account of "seebanchero@hotmail.com", which is stored at premises owned, maintained, controlled, or operated by Apple, Inc., a company headquartered at 1 Infinite Loop, Cupertino, California 95014.

## ATTACHMENT B

### Description of Items to be Seized

I. **Information to be disclosed by APPLE INC.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, Inc., including any messages, emails, records, files, logs, or information that have been deleted but are still available to Apple, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on November 21st, 2014, Apple, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all e-mails, instant messages and/or other communications associated with the account seebanchero@hotmail.com, for the period from January 1st, 2014 through the current date, including copies of emails and instant messages sent to and from that account, draft e-mails and instant messages, the source and destination addresses associated with each e-mail and/or instant message, the date and time at which each e-mail and/or instant message was sent, and the size and length of each e-mail and/or instant message;

b. Any and all deleted emails, instant messages and/or other communications that are still maintained and/or preserved by Apple Inc., including any information contained in paragraph (a) above for the period from January 1st, 2014 through the current date;

c. Any and all photographs, video, emails, instant messages or other content stored in the iCloud account for seebanchero@hotmail.com, and information pertaining to the source of such photographs, videos, emails, messages, and other stored content for the period from January 1st, 2014 through the current date;

//

DEC 1 2 2014

  d. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, account modifications, and means and source of payment (including any credit or bank account number);

  e. All records associated with the other services provided with an iCloud account, to include: iCloud, Groups, Office, Photos, Spaces, iTunes, and iPhone for the period of January 1st, 2014 to the current date;

  f. All records or other information stored by any individual using the account, including profile, address books, contacts and buddy lists, calendar data, pictures, and files for the period from January 1, 2014 through the current date;

  g. All records or other information stored by an individual using the account, including iCloud Backup data, email, contacts, calendars, photos, notes, reminders, documents, app data, Photos, Videos, location settings (such as location-based reminders that user have set up), and Home screen and app organization for the period from January 1st, 2014 through the current date;

  h. All records pertaining to communications between Apple, Inc. and any person regarding the account, including contacts with support services and records of actions taken for the period from January 1st, 2014 though the current date.

//



## II. Information to be seized by the government

All information described above in Section I of violations of Title 21, United States Code, §§ 846 and 841 involving seebanchero@hotmail.com including correspondence, records, documents, photographs, videos, electronic mail, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 846, 841 from January 1, 2014 to the present, including, for the account listed on Attachment A, the following items:

    a. Evidence involving the sale/use of illegal drugs;

    b. All IP addresses utilized to access the account;

    c. preparatory steps taken in furtherance of the scheme;

    d. credit card and other financial information, including but not limited to, bills and payment records evidencing ownership of the account(s) listed in Attachment A;

    e. Evidence of who used, owned, or controlled the account(s) listed in Attachment A;

    f. Evidence of times that the account(s) listed on Attachment A was used including the IP addresses used to access the account;

    g. Passwords or encryption keys, and other access information that may be necessary to access the account or identifier listed in Attachment A and other associated accounts.

    h. Evidence relating to records as to who created, used, or communicated with the account or identifier in Attachment A, including records about



their identities and location, including but not limited to IP addresses, physical addresses and/or user names or other identifying information.

### III. By Order of the Court

1. Pursuant to Title 18 United States Code, Section 2705(b), the court orders Apple Inc., not to notify any person of the existence of the warrant for one year from the service of this attachment or until the court authorizes notification.

2. The court further orders Apple Inc., to continue to maintain the email account and ICloud storage account of seebanchero@hotmail.com in an open and active status, so as to not disrupt this ongoing investigation.