IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Search Warrant:<br><br>3:14-MJ-00383-DMS,<br>seebanchero@hotmail.com THAT IS STORED AT PREMISES CONTROLLED BY APPLE INC. | Case No. 3:14-MJ-00383-DMS<br><br>**ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN** |

Having considered the Motion to Unseal Search Warrant, filed by the United States, in the above-captioned matter, IT IS HEREBY ORDERED that the Search Warrant, Application, Affidavit and the Returns filed in support thereof are unsealed.

**IT IS SO ORDERED.**

DATED this 7th day of October, 2015, at Anchorage, Alaska.

S/KEVIN F. McCOY
UNITED STATES MAGISTRATE JUDGE